1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARTIS DYER,

11           Petitioner,                      No. CIV S-08-2845 KJM P

12      vs.

13   KEN CLARK, Warden,

14           Respondent.                      <u>ORDER</u>

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254 challenging the execution of his sentence.  Petitioner

18   has paid the filing fee.

19           In his application, petitioner indicates that he currently resides in Kings County.

20   Kings County is part of the Fresno Division of the United States District Court for the Eastern

21   District of California.  <u>See</u> Local Rule 3-120(d).  Therefore, the proper venue for this action is in

22   the Fresno Division.  <u>Id</u>.; 2241 U.S.C. § 2241.

23           Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

24   the proper division of a court may, on the court's own motion, be transferred to the proper

25   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

26   court.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  December 8, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
dyer2845.109

2